United States Bankruptcy Court

Southern District of New York

In re: Jovi Enterprises, Inc.

Case No.

Chapter  11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 01/14/2020

/s/ Clara Correa

Signature of Individual signing on behalf of debtor

President

Position or relationship to debtor

City of New York
Dept. of Housing & Preserv.
100 Gold Street
New York, NY 10025


Con Edison
JAF Station
P.O. Box 1702
New York, NY 10116-1702


Corporation Counsel of the City of New York
Bankruptcy Department
100 Church St., Room 5-223
New York, NY 10007


Internal Revenue Service
PO Box 7346
Centralized Insolvency Agency
Philadelpia, PA 19101-7346


JP Morgan Chase Bank
c/o Parker Ibrahim & Berg
270 Davidson Avenue
Somerset, NJ 08873


Martha Mendez
c/o Glenn H. Shore, Esq.
100 William Street, Ste. 1210
New York, NY 10038


NYC Dept. of Finance
66 John St.
Room 104
New York, NY 10038


NYC Fire Marshall
9 Metrotech Center
Brooklyn, NY 11201


NYC Water Board
Andrew Rettig
59-17 Junction Blvd., 13th Flr
Elmhurst, NY 11373


NYS Dept of Tax And Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


SG Greer Gates
503 140th Street
New York, NY 10031